# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| SHIRLAND FITZGERALD, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-50 |
| | * | |
| v. | * | |
| | * | |
| WARDEN ATKINSON; UNIT MANAGER MCKOY; and LORETTA E. LYNCH, | * | |
| | * | |
| Respondents. | * | |

## ORDER

Presently before the Court is Petitioner Shirland Fitzgerald's ("Fitzgerald") Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, originally filed in the United States District Court for the Eastern District of North Carolina. Dkt. No. 1. When Fitzgerald filed his Petition on July 27, 2015, he was incarcerated at the Federal Medical Center in Butner, North Carolina, located within the Eastern District of North Carolina. Dkt. No. 9, p. 2. On April 8, 2016, the Eastern District of North Carolina transferred his Petition to this Court, noting that Fitzgerald had been transferred to the Federal Correctional Institute in Jesup, Georgia, located within the Southern District of Georgia. Id. On April 14, 2016, the

Eastern District of North Carolina vacated its April 8, 2016 Order transferring the case to this Court.[1]

Accordingly, this Court **ADOPTS** the Eastern District of North Carolina's April 14, 2016 Order, dkt. no. 12, vacating its Order transferring Fitzgerald's Petition to the Southern District of Georgia, dkt. no. 9. The Clerk of Court is **DIRECTED** to transfer Fitzgerald's Section 2241 Petition to the Eastern District of North Carolina and to **CLOSE** this case.

**SO ORDERED**, this 17 day of June, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As noted by the Eastern District of North Carolina, pursuant to United States v. Edwards, 27 F.3d 564 (4th Cir. 1994), "jurisdiction [over a Section 2241 petition] is determined at the time an action is filed." As Fitzgerald was incarcerated at a facility within the Eastern District of North Carolina at the time he filed his Petition, that Court retained jurisdiction over his Petition notwithstanding his subsequent transfer to a facility within the Southern District of Georgia.

AO 72A
(Rev. 8/82)

2